**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WILLIAM PRICE, )
)
    Plaintiff, )  Civil Action No. 09-218J
)
v. )  Judge Gibson
)  Magistrate Judge Bissoon
KENNETH R. CAMERON, *et al.*, )
)
    Defendants. )

## MEMORANDUM ORDER

William Price submitted his prisoner civil rights complaint pursuant to 42 U.S.C. § 1983

to the Court on August 6, 2010. The case was referred to United States Magistrate Judge Cathy

Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1),

and Rules 72.C and 72.D of the Local Rules for Magistrates.

  The Magistrate Judge's Report and Recommendation, filed on August 11, 2010,

recommended that Defendants' Motion to Dismiss (Doc. 33) be granted for two reasons:

(1) Plaintiff's has not pleaded the requisite prejudice to support a denial of access to the courts

claim; and (2) Plaintiff's claim is barred by Heck v. Humphrey, 512 U.S. 477, 487 (1994).

Plaintiff filed timely objections (Doc. 41) and then amended those objections (Doc. 42).

Plaintiff's objections focus largely on the statute of limitations, even though the Magistrate Judge

did not recommend dismissal on that basis. The remainder of Plaintiff's objections are

adequately addressed in the Report and Recommendation.

  After de novo review of the pleadings and documents in the case, together with the

Report and Recommendation and the objections thereto, the following order is entered:

  AND NOW, this 30th day of August, 2010,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (Doc. 33) is

GRANTED. The Clerk is directed to mark this case CLOSED.

IT IS FURTHER ORDERED the Report and Recommendation of Magistrate Judge

Bissoon (Doc. 40), dated August 11, 2010, is adopted as the opinion of the court.

Kim R. Gibson
United States District Court Judge

cc:
**WILLIAM PRICE**
FP-2118
SCI Cresson
P.O. Box A
Cresson, PA 16699